THE PROMENADE et al., Respondents, v SCHINDLER ELEVATOR CORPORATION et al., Defendants. THE GLICK ORGANIZATION et al., Third-Party Plaintiffs, v A-WACHSBERGER ROOFING & SHEET METAL WORK INC. et al., Third-Party Defendants, and DE-CON MECHANICAL CORP., Third-Party Defendant-Appellant.

Submitted May 21, 2007; decided June 28, 2007

Reported below, 39 AD3d 221.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.